# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gold, Steven M. | U.S. District Court EDNY | 10/22/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. District Court
225 Cadman Plaza East Chambers 1217S
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | P/time Adjunct Prof. of Law | Brooklyn Law School |
| 2. | Board Member | ▨ , Treasurer ▨ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Salary/Adj Prof of Law/Brooklyn Law School | $27,225.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Salary/Executive Director, Brooklyn Heights Synagogue, Brooklyn.. NY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 10/22/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 10/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE CHECKING | A | Interest | J | T | | | | | |
| 2. CHASE PLUS SAVING | A | Interest | K | T | | | | | |
| 3. CHASE DYNAMIC YIELD STRAT. | | | | | | | | | |
| 4. - JPM Tr I MLT SC Inc Fund/JPM Unconstrained Debt Fund | A | Int./Div. | | | Sold (part) | 02/09/17 | J | A | |
| 5. | | | | | Sold (part) | 05/02/17 | J | A | |
| 6. | | | | | Sold | 05/03/17 | J | A | |
| 7. - Harbor Convertible Sec | A | Int./Div. | | | Sold (part) | 02/06/17 | J | | |
| 8. | | | | | Sold (part) | 03/30/17 | J | A | |
| 9. | | | | | Sold (part) | 05/19/17 | J | A | |
| 10. | | | | | Sold | 07/19/17 | J | A | |
| 11. -SIT Dividend Growth | A | Int./Div. | J | T | Sold (part) | 08/10/17 | J | A | |
| 12. | | | | | Sold (part) | 12/15/17 | J | A | |
| 13. -Ridgeworth SEIX Floating | A | Int./Div. | | | Sold (part) | 10/24/17 | J | A | |
| 14. | | | | | Sold (part) | 10/27/17 | J | A | |
| 15. | | | | | Sold (part) | 11/01/17 | J | A | |
| 16. | | | | | Sold | 11/06/17 | J | A | |
| 17. -Matthews Asia Dividend | A | Int./Div. | J | T | Sold (part) | 12/15/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gold, Steven M.** | 10/22/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Blackrock High Yield Bond | A | Int./Div. | J | T | Sold (part) | 12/08/17 | J | A | |
| 19.  -Cohen & Steers Pref's Sec & Inc | A | Int./Div. | J | T | Sold (part) | 12/15/17 | J | A | |
| 20.  - Doubleline Total Return | A | Int./Div. | K | T | Buy (add'l) | 01/09/17 | J | | |
| 21. | | | | | Sold (part) | 04/12/17 | J | A | |
| 22. | | | | | Sold (part) | 08/22/17 | J | A | |
| 23. | | | | | Sold (part) | 12/15/17 | J | A | |
| 24.  - TRP Inst Floating Rate | A | Int./Div. | J | T | Sold (part) | 12/08/17 | J | A | |
| 25. | | | | | Sold (part) | 12/15/17 | J | A | |
| 26.  -Metropolitan West Funds | A | Int./Div. | K | T | Sold (part) | 12/15/17 | J | A | |
| 27.  Lord Abbett Invt Tr | A | Int./Div. | K | T | Sold (part) | 04/12/17 | J | A | |
| 28. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 29. | | | | | Buy (add'l) | 10/24/17 | J | | |
| 30. | | | | | Sold (part) | 12/15/17 | J | A | |
| 31.  BMO Pyrford Intl Stock | A | Int./Div. | | | Sold | 04/27/17 | J | A | |
| 32.  Credit Suisse Warburg Pincs High Inc | A | Int./Div. | J | T | | | | | |
| 33.  Pimco Unconstrained Bond | A | Int./Div. | J | T | Sold (part) | 12/15/17 | J | A | |
| 34.  John Hancock L/C Equity | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 10/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Credit Suisse Floatig Rate High Inc | A | Int./Div. | | | Sold (part) | 12/08/17 | J | A | |
| 36. | | | | | Sold | 12/15/17 | J | A | |
| 37. Federated Inst Hi Yld Bond | A | Int./Div. | J | T | Sold (part) | 12/15/17 | J | A | |
| 38. Pimco High Yield FD-P | A | Int./Div. | J | T | Buy (add'l) | 12/08/17 | J | | |
| 39. | | | | | Sold (part) | 12/15/17 | J | A | |
| 40. Nuveen Invt Tr V Pfd Secs Cl R | A | Int./Div. | J | T | Buy (add'l) | 02/09/17 | J | | |
| 41. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 42. | | | | | Sold (part) | 12/15/17 | J | A | |
| 43. American Beacon GLG TR | A | Int./Div. | J | T | Buy | 02/09/17 | J | | |
| 44. | | | | | Buy (add'l) | 03/30/17 | J | | |
| 45. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 46. | | | | | Sold (part) | 12/15/17 | J | A | |
| 47. Vanguard Intl Equity FTSE Europe ETF | A | Int./Div. | J | T | Buy | 04/28/17 | J | | |
| 48. John Hancock II Str Inc I | A | Interest | J | T | Buy | 05/02/17 | J | | |
| 49. | | | | | Buy (add'l) | 05/03/17 | J | | |
| 50. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 51. | | | | | Sold (part) | 12/15/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 10/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pimco Mortgage Opportunities | A | Int./Div. | J | T | Buy | 05/18/17 | J | | |
| 53. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 54. | | | | | Buy (add'l) | 08/17/17 | J | | |
| 55. Muzinich Low Durat- Supr Inst | A | Int./Div. | J | T | Buy | 07/19/17 | J | | |
| 56. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 57. | | | | | Buy (add'l) | 10/24/17 | J | | |
| 58. | | | | | Sold (part) | 12/15/17 | J | A | |
| 59. Metropolitan West t/r | A | Int./Div. | J | T | Buy | 08/22/17 | J | | |
| 60. Voya FLoating Rate | A | Int./Div. | J | T | Sold (part) | 12/15/17 | J | A | |
| 61. MFS Ser Tr III Muni | A | Dividend | J | T | Buy | 12/21/17 | J | | |
| 62. VANGUARD HEALTHCARE FUND IRA | A | Dividend | L | T | | | | | |
| 63. T ROWE PRICE RTMNT. PLAN | | | | | | | | | |
| 64. - T Rowe Price Personal Strategy Fund 403(b) | D | Dividend | M | T | | | | | |
| 65. - T Rowe Price Health Sciences Fund 403(b) | E | Dividend | M | T | | | | | |
| 66. - T Rowe Price Prime Reserve Fund 403(b) | A | Dividend | K | T | | | | | |
| 67. REFORM PENSION BOARD 403(b) | | | | | | | | | |
| 68. -Ref. Pens Bd. Apprecn &Inc. Fund 403(b) | E | Int./Div. | N | T | Buy (add'l) | 01/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 04/29/17 | J | | |
| 70. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 71. | | | | | Buy (add'l) | 10/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 10/22/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Lines 3, 63, and 67 are headers.

2) With respect to the asset described in Section VII on lines 6 and 7 of my 2016 annual report, Harbor High Yeield Bond, I reported two partial sales in 2016 and no transactions during 2017 or holding as of the end of 2017. I therefore infer that the second partial sale reported in 2016 was in fact a final complete sale, or that there were additional sales during 2017 in increments of less than $1000.
on June as Columbia Conv Sec Z (J), I report a sale this year but did not report an acquisition or holding last year. I infer that the asset was acquired in a transaction of lesss than $1000 and that I inadvertently neglected to include it in my prior report.

3) With respect to the asset described in Section VII on line 16 of my 2016 annual report, I report no transactions during 2016 or 2017, and no holdings at the end of 2017. I therefore infer that the asset was sold during 2017 in increments of less than $1000.

4) This note was not in my original report and is added to this amended report in response to the Committee's letter of inquiry dated October 16, 2018. This added note concerns an asset called "Voya Floating Rate" which is listed in Part VII online 60. The Committee's letter points out that I did not list onwdership of this aasset in my 2016 report. I have consulted with my bank and learned that I acquired this asset in 2013. I apparently failed to report the acquisition through oversight. I was also advised that, although I reported the sale of the asset on line 60 without noting it, I still own some of this asset, and I have accordingly amended Part VII, Line 60 to reflect a partial sale rather than an outright sale.

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Steven M. | 10/22/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven M. Gold**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544